**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00007-CV**
_____

**IN THE INTEREST OF A.G.J.**

**On Appeal from the County Court at Law No. 2**
**Orange County, Texas**
**Trial Cause No. E200504-D**

**MEMORANDUM OPINION**

B.C.J. appealed from a judgment signed December 14, 2020, terminating his

parental rights to A.G.J., a minor. On January 19, 2021, we notified the parties that

the clerk's record had not been filed, apparently because B.C.J. had failed to arrange

to pay the fees the District Clerk charges to prepare the record. In the notice, we also

warned B.C.J. that his appeal would be dismissed for want of prosecution unless he

established that he had arranged to pay the fees he is required to pay to appeal or that

he needed additional time to do so. The Court received no response to the notice.

The record before us contains no affidavit of indigence, signed by B.C.J. The

record also shows that B.C.J. has not shown that he is entitled to proceed without

1

payment of costs. *See* Tex. R. App. P. 20.1. Absent a satisfactory explanation for B.C.J.'s failure to file the Clerk's Record in his appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b); *see also* Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 10, 2021
Opinion Delivered March 11, 2021

Before Kreger, Horton, and Johnson, JJ.